1  Vanessa R. Waldref
2  United States Attorney
   Eastern District of Washington
3  Stephanie Van Marter
4  Assistant United States Attorney
   Post Office Box 1494
5  Spokane, WA 99210-1494
6  Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 18 2022

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | 2:22-CR-00150-MKD |
|---|---|
| Plaintiff, | INDICTMENT |
| v. | Vio.: 21 U.S.C. § 841(a)(1), (b)(1)(C)<br>Possession with the Intent to Distribute Fentanyl<br>(Count 1) |
| RAY ANTHONY WYNECOOP, | |
| Defendant. | |
| | 18 U.S.C. §§ 922(g)(1), 924(a)(2)<br>Felon in Possession of a Firearm<br>(Count 2) |
| | 21 U.S.C. § 853, 18 U.S.C. § 924, 28 U.S.C. § 2461<br>Forfeiture Allegations |

The Grand Jury charges:

COUNT 1

On or about December 11, 2021, in the Eastern District of Washington, the Defendant, RAY ANTHONY WYNECOOP, knowingly possessed with intent to distribute a mixture or substance containing a detectable amount of N-phenyl-N-

INDICTMENT – 1

[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a "Fentanyl"), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

### COUNT 2

On or about December 11, 2021, in the Eastern District of Washington, the Defendant, RAY ANTHONY WYNECOOP, knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: Taurus, model PT111 Millennium G2, 9mm caliber pistol, bearing serial number TKU36628, which firearm had theretofore been transported in interstate and/or foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2).

### NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C), as set forth in the Indictment, the Defendant, RAY ANTHONY WYNECOOP, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense(s).

INDICTMENT – 2

If any forfeitable property, as a result of any act or omission of the Defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2), as set forth in this Indictment, the Defendant, RAY ANTHONY WYNECOOP, shall forfeit to the United States of America, any firearms and ammunition involved or used in the commission of the offense.

DATED this 18 day of October, 2022.



_Vanessa Waldref_
Vanessa R. Waldref
United States Attorney

_Stephanie Van Marter_
Stephanie Van Marter
Assistant United States Attorney

INDICTMENT – 3