FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 18, 2022

SEAN F. McAVOY, CLERK

# CHARGES AND PENALTIES

CASE NAME: RAY ANTHONY WYNECOOP            CASE NO. 2:22-CR-00150-MKD

TOTAL # OF COUNTS: 2      ☑ FELONY    ☐ MISDEMEANOR    ☐ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 21 U.S.C. § 841(a)(1), (b)(1)(C) | Possession with the Intent to Distribute Fentanyl | CAG not more than 20 years; and/or $1,000,000 fine; not less than 3 years nor more than life supervised release; a $100 special penalty assessment; and denial of certain federal benefits pursuant to 21 U.S.C. §§ 862 and 862a |
| 2 | 18 U.S.C. §§ 922(g)(1), 924(a)(2) | Felon in Possession of a Firearm | CAG not more than 10 years; a fine up to $250,000; not more than years 3 of supervised release; and a $100 special penalty assessment |
|   | 18 U.S.C. § 924, 28 U.S.C. § 2461 | Forfeiture Allegations |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |